AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wells, Thomas B. | U.S. Tax Court | 05/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior Status) | ☐ Nomination    Date <br> ☐ Initial    ✔ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Urban Properties, a GA Gen. Partnership to own and rent property located in Atlanta, GA, 12/78 to Present (essentially |
| 2. | * | a real estate investment, see Part VII, Item 11, Line 11). |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwest Savings Mortgage Co. | Reporting person is co-maker with [redacted] on loan secured by property | M |
| 2. | " | described in Part VII, Item 11 (line 11). | |
| 3. | National City Mortgage Co. | Reporting person is co-maker with [redacted] on loan secured by property | M |
| 4. | " | described in Part VII, Item 51 (line 141). | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▪ Brown Shoe Com. | A | Dividend | J | T | | | | | |
| 2. ▪ CSX, Com. | A | Dividend | L | T | | | | | |
| 3. ▪ Chevron, Com. | D | Dividend | M | T | | | | | |
| 4. ▪ Coca Cola, Com. | E | Dividend | O | T | | | | | |
| 5. ▪ Dayton Power & Lt., Com. | A | Dividend | J | T | | | | | |
| 6. ▪ Exxon, Mobil, Com. | B | Dividend | L | T | | | | | |
| 7. ▪ IBM, Com. | A | Dividend | L | T | | | | | |
| 8. ▪ Johnson & Johnson, Com. | C | Dividend | M | T | | | | | |
| 9. ▪ AGL Resources, Com. | B | Dividend | K | T | | | | | |
| 10. ▪ XOMA, Com. | A | Dividend | J | T | | | | | |
| 11. ▪ Urban Properties, GA Gen P'ship(1/2 int.) | D | Rent | N | W | | | | | |
| owns & rents property located in Atlanta, GA | | | | | | | | | |
| 12. ▪ C.D., Vidalia Federal S&L | E | Interest | N | T | | | | | |
| 13. ▪ Cash Mgt. Acct. Merrill Lynch Bank USA. | D | Dividend | M | T | | | | | |
| 14. ▪ Merrill Lynch Retirement Reserves CL1 Fund (IRA). | A | Dividend | K | T | | | | | |
| 15. ▪ Bond, Delta Airlines, May 15, 2021 | A | Interest | J | T | Sold | 12/31/11 | J | A | Bankruptcy |
| 16. Bond, Delta Airlines, May 15, 2021 | A | Interest | J | T | Sold | 12/31/11 | J | A | Bankruptcy |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. 17. ▨ Allstate, Com. | A | Dividend | J | T | | | | | |
| 19. 18. ▨ Various mineral interests in properties located in | F | Royalty | L | W | | | | | Income is from royalty, |
| 20. in the following counties of Texas: Andrews, Midland, | | | | | | | | | payments, i.e. |
| 21. Montague, Marion, Upton, Hale, Yoakum, and Glascock; | | | | | | | | | share of profit from sales of oil and gas |
| 22. Oklahoma: McLain, Creek, and Okmulgee; Rio Arriba County, | | | | | | | | | due owner of mineral |
| 23. New Mexico, and Escambia County, Alabama | | | | | | | | | rights; |
| 24. | | | | | | | | | Companies currently paying |
| 25. | | | | | | | | | for extracting minerals: |
| 26. | | | | | | | | | Apache; |
| 27. | | | | | | | | | BP; |
| 28. | | | | | | | | | BOPCO; Bowie Gas; |
| 29. | | | | | | | | | Byrd Operating Co.; |
| 30. | | | | | | | | | B. G. Chappel ; |
| 31. | | | | | | | | | COG Operating; |
| 32. | | | | | | | | | Conoco Phillips; |
| 33. | | | | | | | | | Encore Energy; |
| 34. | | | | | | | | | Endeavor Energy; |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | Enterprise Crude; |
| 36. | | | | | | | | | Harco Ltd.; |
| 37. | | | | | | | | | Harrington S.W.; |
| 38. | | | | | | | | | Harrington Energy Res.; |
| 39. | | | | | | | | | Jolen Operating; |
| 40. | | | | | | | | | Layline Petrol I; |
| 41. | | | | | | | | | Legacy Reserves; |
| 42. | | | | | | | | | Oneok Field Services Co.; |
| 43. | | | | | | | | | Pioneer; |
| 44. | | | | | | | | | Plains Marketing; |
| 45. | | | | | | | | | Sunoco Partners; |
| 46. | | | | | | | | | SM Energy; |
| 47. | | | | | | | | | Tempe Ltd.; |
| 48. | | | | | | | | | Tempe; |
| 49. | | | | | | | | | Terrace Petrol.; |
| 50. | | | | | | | | | Texas Petroleum; |
| 51. | | | | | | | | | Tierre Pobre; |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | Wagner & Brown. |
| 53. 19. ▓ Lance, Com. | A | Dividend | J | T | | | | | |
| 54. 20. Lance, Com. | A | Dividend | J | T | | | | | |
| 55. 21. ▓ AGL Resources, Com. | C | Dividend | L | T | | | | | |
| 56. 22. ▓ Fortune Brands, Com. | A | Dividend | K | T | | 10/03/11 | K | A | See line 151. |
| 57. 23. ▓ Morgan Stanley, Com. | A | Dividend | J | T | | | | | |
| 58. 24. ▓ Coca Cola, Com. | A | Dividend | J | T | | | | | |
| 59. 25. Irridium World, Com. | A | Dividend | J | T | | | | | |
| 60. 26. Amazon.Com., Inc. Com. | A | Dividend | K | T | Sold | 05/05/11 | K | D | |
| 61. 27. United Parcel Service, B., Com. | A | Dividend | J | T | | | | | |
| 62. 28. ▓ B.P. PLC, ADR | D | Dividend | M | T | | | | | |
| 63. 29. ▓ Dominion Resources, Com. | D | Dividend | M | T | | | | | |
| 64. 30. ▓ SunTrust Bank, Account | B | Interest | K | T | | | | | |
| 65. 31. ▓ Abbott Lab., Com. | A | Dividend | J | T | | | | | |
| 66. 32. ▓ Amgen, Com. | A | Dividend | J | T | | | | | |
| 67. 33. ▓ Campbell Soup, Com. | A | Dividend | J | T | | | | | |
| 68. 34. ▓ Cisco Systems, Com. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. 35. Dell, Com. | A | Dividend | J | T | | | | | |
| 70. 36. G.E., Com. | A | Dividend | J | T | | | | | |
| 71. 37. Home Depot, Com. | A | Dividend | J | T | | | | | |
| 72. 38. Intel, Com. | A | Dividend | J | T | | | | | |
| 73. 39. American Funds, Investment Co. of America Fund | A | Dividend | J | T | | | | | |
| 74. 40. Merck, Com. | A | Dividend | J | T | | | | | |
| 75. 41. Microsoft, Com. | A | Dividend | J | T | | | | | |
| 76. 42. Pepsi Co., Com. | A | Dividend | J | T | | | | | |
| 77. 43. Southern Co., Com. | A | Dividend | J | T | | | | | |
| 78. 44. Disney, Com. | A | Dividend | J | T | | | | | |
| 79. 45. Wells Fargo, Com. | A | Dividend | J | T | | | | | |
| 80. 46. Verizon, com. | A | Dividend | K | T | | | | | |
| 81. 47 Gum Swamp Creek, LLC, (units of ownership | E | Distribution | P1 | W | | | | | |
| 82. in Georgia limited liability company) | | | | | | | | | |
| 83. -AGL RESOURCES, com. | | | | | | | | | |
| 84. -ALCATEL LUCENT ADR | | | | | | | | | |
| 85. -AT&T CORP, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AMER. ELEC. PWR., com. | | | | | | | | | |
| 87. -B.P. PLC, ADR. | | | | | | | | | |
| 88. -CONOCO PHILLIPS | | | | | | | | | |
| 89. -CORN PRODS INTL, com. | | | | | | | | | |
| 90. -CITIGROUP INC, com. | | | | | | | | | |
| 91. -COCA COLA, com. | | | | | | | | | |
| 92. -COMCAST CORP. New CL A, com. | | | | | | | | | |
| 93. -DAIMLER A., com. | | | | | | | | | |
| 94. -DEVON ENERGY, com. | | | | | | | | | |
| 95. -DIRECT T.V. GRP, Holdings. CLA | | | | | | | | | |
| 96. -EXXON MOBIL CORP, com. | | | | | | | | | |
| 97. -EL PASO CORP, com. | | | | | | | | | |
| 98. -FORD MOTOR CO., com. | | | | | | | | | |
| 99. -GENERAL ELECTRIC, com. | | | | | | | | | |
| 100. -MOTORS LIQ. ORD. | | | | | Sold | 06/20/11 | J | A | Bankruptcy |
| 101. -HOME DEPOT, com. | | | | | | | | | |
| 102. -INTL PAPER CO, com. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - MARATHON OIL CORP, com. | | | | | | | | | |
| 104. -MATTEL INC, com. | | | | | | | | | |
| 105. -NCR CORP, com. | | | | | | | | | |
| 106. -NEWMONT MINING, com. | | | | | | | | | |
| 107. -NEWS CORP. LTD., com. | | | | | | | | | |
| 108. -NORFOLK SO., com. | | | | | | | | | |
| 109. -NORTHROP GRUMMAN, com. | | | | | | | | | |
| 110. -QUEST COMM, com. | | | | | | | | | |
| 111. -SCANA, com. | | | | | | | | | |
| 112. -SOUTHERN CO, com. | | | | | | | | | |
| 113. -SUNOCO INC, com. | | | | | | | | | |
| 114. -TENNECO AUTO, com. | | | | | | | | | |
| 115. -TERADATA, com. | | | | | | | | | |
| 116. -TRONOX, com. | | | | | Sold | 02/14/11 | J | A | Bankruptcy |
| 117. -UNITED STS STL, com. | | | | | | | | | |
| 118. -V F CORP, com. | | | | | | | | | |
| 119. -Bond, ALPHARETTA 5/1/10 | | | | | Redeemed | 12/31/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Bond, GA MEAG 1/1/12 | | | | | Redeemed | 12/31/11 | J | A | |
| 121. -WCMA Money Fund CL3 | | | | | | | | | |
| 122. -Vidalia Federal Savings Bank, C.D. | | | | | | | | | |
| 123. -Vidalia Federal Savings Bank, Checking | | | | | | | | | |
| 124. -Real estate, Toombs Co., GA | | | | | | | | | |
| 125. - Real estate, Dodge Co., GA | | | | | | | | | |
| 126. - Real estate, Vidalia, GA | | | | | | | | | |
| 127. - Real estate, Telfair Co., GA | | | | | | | | | |
| 128. - Real estate, Wheeler Co., GA, parcel #1 | | | | | | | | | |
| 129. - Real estate, Wheeler Co., GA, parcel #2 | | | | | | | | | |
| 130. -Bond, GA ST HFA, 6/1/12 | | | | | | | | | |
| 131. -Bond, SAV GA EC DEV., 12/1/16 | | | | | | | | | |
| 132. -Bond, ATL GA DEV., 9/1/17 | | | | | | | | | |
| 133. -Bond, Barrow Co., 10/1/16 | | | | | | | | | |
| 134. -Birkshire Hathaway, B com. | | | | | | | | | |
| 135. -Century Link, com | A | Dividend | J | T | Spinoff (from line 110) | 04/01/11 | J | A | See line 110. |
| 136. -Huntington Ingls., com. | A | Dividend | J | T | Spinoff (from line 109) | 04/15/11 | J | A | See line 109. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Marathon Petrol., com. | A | Dividend | J | T | Spinoff (from line 103) | 06/30/11 | J | A | See line 103. |
| 138.  48. Acco Brands | A | Dividend | J | T | | | | | |
| 139.  49. Hospira, Com. | A | Dividend | J | T | | | | | |
| 140.  50. Medco Health, Com. | A | Dividend | J | T | | | | | |
| 141.  51. ■ Real Estate in Charlottesville, VA | E | Rent | N | W | | | | | |
| 142.  52. Alcatel Lucent, ADR | A | Dividend | J | T | | | | | |
| 143.  53. Delta Airlines, Com. | A | Dividend | J | T | | | | | |
| 144.  54. Discover Fin. Serv., Com. | A | Dividend | J | T | | | | | |
| 145.  55. Teradata Corp., Com. | A | Dividend | J | T | Merged (with line 152) | 01/01/11 | J | A | See line 152. |
| 146.  56.(■ Tall Timber Ventures, LLC. (units of ownership in | E | Distribution | O | W | | | | | |
| 147.  Georgia limited liability company) Owns units in Gum Swamp | | | | | | | | | |
| 148.  Creek, LLC (see item 47, line 81) | | | | | | | | | |
| 149.  GenOn | A | Dividend | J | T | Sold | 07/15/11 | J | A | |
| 150.  Fortune Brands Home Sec., com. | A | Dividend | J | T | Spinoff (from line 56) | 10/03/11 | J | A | See line 56. |
| 151.  Beam, Inc., com., FKA Fortune Brands.Com. | B | Dividend | K | T | | 10/03/11 | K | A | See line 56. |
| 152.  Teraforce Tech, com., FKA Teradata, Corp., Com. | A | Dividend | J | T | | 01/01/11 | J | A | See line 145. |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Thomas B. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas B. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544